LUCY GARDNER, PLAINTIFF IN ERROR, v. THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

On error to the Supreme Court.    For opinion of the Supreme Court, see *ante p.* 17.

For the plaintiff in error, *William D. Daly.*

For the defendant in error, *Samuel Kalisch.*

*For affirmance* — THE CHANCELLOR, LIPPINCOTT, MAGIE, REED, CLEMENT, KRUEGER, PHELPS — 7.

*For reversal* — ABBETT, GARRISON. BOGERT, BROWN, SMITH — 5.